KTF:SR
F. #2025R00742

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

     - against -

JAE HOON PARK,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

THE GRAND JURY CHARGES:

FILED
IN CLERK'S OFFICE
US DISTRICT COURT
E.D.N.Y.
* MAY 6, 2026 *
BROOKLYN OFFICE

I N D I C T M E N T

Cr. No. _____26-CR-121_____
(T. 18, U.S.C., §§ 911, 982(a)(6)(A),
982(b)(1), 1001(a)(1), 1001(a)(2),
1001(a)(3), 1028A(a)(1), 1028A(b),
1028A(c)(2), 1028A(c)(7), 1542 and
3551 et seq.; T. 21, U.S.C., § 853(p);
T. 42, U.S.C., § 408(a)(7)(B))

Judge Eric N. Vitaliano
Magistrate Judge James R. Cho

## COUNT ONE
(False Statement in Passport Application)

1.     In or about June 2023, within the Eastern District of New York and elsewhere, the defendant JAE HOON PARK did willfully and knowingly make one or more false statements in an application for a United States passport with the intent to induce and secure the issuance of a passport under the authority of the United States for his own use contrary to the laws regulating the issuance of United States passports and the rules prescribed pursuant to such laws, to wit: to secure a United States passport, PARK submitted an application that contained false information about his identity, including the name, date of birth, social security number and other biographical information of Victim-1, an individual whose identity is known to the Grand Jury.

     (Title 18, United States Code, Sections 1542 and 3551 et seq.)

## COUNT TWO
### (Impersonation of a United States Citizen)

2.     In or about June 2023, within the Eastern District of New York and elsewhere, the defendant JAE HOON PARK did falsely and willfully represent himself to be a citizen of the United States, to wit: PARK falsely represented himself to be a United States citizen on a United States passport application, provided the certificate of citizenship in the identity of Victim-1 in support thereof, and swore under oath to the passport acceptance clerk that the information he provided was true, in order to fraudulently obtain a United States passport.

(Title 18, United States Code, Sections 911 and 3551 et seq.)

## COUNT THREE
### (Aggravated Identity Theft)

3.     In or about June 2023, within the Eastern District of New York and elsewhere, the defendant JAE HOON PARK, during and in relation to the crimes charged in Counts One and Two, did knowingly and intentionally possess and use, without lawful authority, one or more means of identification of another person, to wit: PARK possessed and used means of identification of Victim-1, including Victim-1's name, date of birth, social security number, certificate of citizenship and New York State driver's license to fraudulently obtain a United States passport.

(Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), 1028A(c)(2), 1028A(c)(7) and 3551 et seq.)

## COUNT FOUR
### (Misuse of a Social Security Number)

4.     In or about June 2023, within the Eastern District of New York and elsewhere, the defendant JAE HOON PARK, with intent to deceive and for the purpose of

obtaining a United States passport to which he was not entitled, did falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number was not the social security account number assigned by the Commissioner of Social Security to him, to wit: PARK falsely provided Victim-1's social security number, and falsely represented that it had been issued to PARK, in his application for a United States passport.

(Title 42, United States Code, Section 408(a)(7)(B); Title 18, United States Code, Sections 3551 et seq.)

COUNT FIVE
(False Statements)

5.     In or about June 2023, within the Eastern District of New York and elsewhere, the defendant JAE HOON PARK, in a matter within the jurisdiction of the executive branch of the government of the United States, did knowingly and willfully falsify, conceal and cover up by trick, scheme and device one or more material facts; did knowingly and willfully make one or more materially false, fictitious and fraudulent statements and representations; and did knowingly and willfully make one or more false writings knowing the same to contain materially false, fictitious and fraudulent statements, to wit: on Form DS-11, Application for a United States Passport, and in his application for a United States passport to the United States Department of State, PARK made false statements and writings representing himself to be Victim-1.

(Title 18, United States Code, Sections 1001(a)(1), 1001(a)(2), 1001(a)(3) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION
### AS TO COUNT ONE

6. The United States hereby gives notice to the defendant that, upon his conviction of the offense charged in Count One, the government will seek forfeiture in accordance with Title 18, United States Code, Section 982(a)(6)(A), which requires the forfeiture of: (a) any conveyance, including any vessel, vehicle, or aircraft used in the commission of such offense; and (b) any property, real or personal (i) that constitutes, or is derived from or is traceable to, the proceeds obtained directly or indirectly from the commission of such offense; or (ii) that is used to facilitate, or is intended to be used to facilitate, the commission of such offense.

7. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

> (a) cannot be located upon the exercise of due diligence;

> (b) has been transferred or sold to, or deposited with, a third party;

> (c) has been placed beyond the jurisdiction of the court;

> (d) has been substantially diminished in value; or

> (e) has been commingled with other property which cannot be divided

without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), to seek forfeiture of any other

property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Sections 982(a)(6)(A) and 982(b)(1); Title 21, United States Code, Section 853(p))

A TRUE BILL

/s/

_____
FOREPERSON

By: *Whitman G.S. Knapp, AUSA*
JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK