FILED
IN CLERK'S OFFICE
US DISTRICT COURT
E.D.N.Y.
* MAY 6, 2026 *
BROOKLYN OFFICE

**INFORMATION SHEET**

26-CR-121

UNITED STATES DISTRICT COURT     Judge Eric N. Vitaliano
EASTERN DISTRICT OF NEW YORK     Magistrate Judge James R. Cho

1.  Title of Case: <u>United States v. Jae Hoon Park</u>

2.  Related Magistrate Docket Number(s): <u>26-MJ-69</u>

3.  Arrest Date: <u>4/14/2026</u>

4.  Nature of offense(s):   ☒   Felony
                            ☐   Misdemeanor

5.  Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules):_____

6.  Projected Length of Trial:   Less than 6 weeks   ☒
                                 More than 6 weeks   ☐

7.  County in which crime was allegedly committed: Kings_____
    (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.  Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]   ☐ Yes   ☒ No

9.  Has this indictment/information been ordered sealed?   ☐ Yes   ☒ No

10. Have arrest warrants been ordered?   ☐ Yes   ☒ No

11. Is there a capital count included in the indictment?   ☐ Yes   ☒ No

JOSEPH NOCELLA, JR.
United States Attorney

By:   <u>/s/ Samuel Rackear</u>
      Samuel Rackear
      Special Assistant U.S. Attorney
      samuel.rackear@usdoj.gov
      718-254-6418

---

[1]   Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 1/11/25